# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*ID Technologies, Inc.*
Attn:   President/CEO
221 East Sample Road, Suite 204
Pompano Beach, FL 33064

_____
Mary E. Augustine (No. 4477)

619622v1